June 26, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

### GRAHAM R. WILLIAMS, HERBERT H. PRATT AND ZICIX CORPORATION, Appellants

NO. 14-14-00436-CV                    V.

### MAZUMA HOLDING CORP., Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the June 5, 2014, denial by operation of law of their motion to dismiss. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Graham R. Williams, Herbert H. Pratt and Zicix Corporation, jointly and severally.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.